**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN CIVIL CASE

**MACKIE EILAND,**

    **Plaintiff,**

v.

**WARDEM. LONDON CORRECTIONAL, INSTITUTION,**

    **Defendant.**

Civil Action 2:12-cv-00453
Judge Algenon L. Marbley
Magistrate Judge Elizabeth P. Deavers

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 13, 2012 Order, the Court ADOPTED the Report and Recommendation and OVERRULED Plaintiff's Objections. This action is hereby REMOVED from the Court's pending case list.

Date: September 13, 2012    **John Hehman, Clerk**

    s/Betty L. Clark
    Betty L. Clark/Deputy Clerk